UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61466-CIV-DIMITROULEAS

DERRICK FIELDS,

          Magistrate Judge Snow

    Plaintiff,

vs.

ROBERT GORMAN, et al.,

    Defendants.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Defendants' Motion for Summary Judgment [DE 24] and the Report and Recommendation on Defendants' Motion for Summary Judgment of Magistrate Judge Jonathan Goodman, dated September 3, 2010 [DE 47]. The Court notes that no objections to the Report have been filed[1], and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of

---

[1] The Court notes that Plaintiff filed a document entitled "Statement of Case"/"Brief in Opposition to Defendant Summary Judgment Motion" [DE 48]. That document does not appear to be filed in objection to Judge Goodman's Report and Recommendation. According to the attached Certificate of Service, it was delivered to the mail room at Okeechobee Correctional Institution on September 3, 2010, the same day Judge Goodman entered his Report and Recommendation in the record. Additionally, the content of that document does not refer to the Report and Recommendation, nor does it dispute its Judge Goodman's findings and recommendations contained therein.

the Report and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate's conclusion that Plaintiff has failed to submit any evidence in response to the Defendants' motion for summary judgment. The Court also agrees with the Magistrate that (1) Plaintiff's claims are barred by the rule of Heck v. Humphrey, 512 U.S. 477 (1994) and (2) the uncontroverted evidence before the Court shows that Defendants did not use unreasonable force in violation of the Fourth Amendment, entitling Defendants to summary judgment on qualified immunity grounds.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report [DE 47] is hereby **ADOPTED** and **APPROVED**;

2. Defendants' Motion for Summary Judgment [DE 24] is **GRANTED**;

3. A separate final judgment shall follow.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of September, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Goodman

counsel of record

Derrick Fields, pro se
Inmate no. #L 19099
Okeechobee Correctional Institute
3240 NE 168th Street
Okeechobee, FL 34972